1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KATHERINE B. DOWLING (CABN 220767)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:    (415) 436-6833
7      Facsimile:    (415) 436-7234
       Katherine.Dowling@usdoj.gov

8

9  Attorneys for Plaintiff

10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,       )   CR No. 08-0726 WHA
                                     )
16 |     Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
17 |     v.                           )
                                     )
18 | RUBEN BELTRAN HERNANDEZ,        )
                                     )
19 |     Defendant.                   )
                                     )
20

21      On October 28, 2008, the parties appeared before the Court for an initial status conference.

22 The Court set a further date of November 25, 2008 for a further status conference.  The Court

23 agreed to exclude all time under the Speedy Trial Act between October 28, 2008 and November

24 25, 2008 for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties and the

25 Court agreed that the ends of justice served by granting such a continuance for effective

26 preparation of counsel outweigh the best interests of the public and the defendant in a speedy

27 trial.  18 U.S.C. § 3161(h)(8)(A).

28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0726 WHA                                                                                  1

1   SO STIPULATED:

2

3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
4

5   DATED: November 3, 2008        _____/s/_____
                                           KATHERINE B. DOWLING
6                                          Assistant United States Attorney

7

8   DATED: November 3, 2008        _____/s/_____
                                           DANIEL BLANK
9                                          Attorney for Defendant

10

11       Failure to grant an exclusion of time for the requested continuance would deny counsel for

12  defendant reasonable time necessary for effective preparation of counsel.  18 U.S.C. §

13  3161(h)(8)(B)(iv).  Therefore, the Court finds that exclusion of time from October 28, 2008

14  through November 25, 2008, is warranted because the ends of justice served by the exclusion of

15  time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

16  3161(h)(8)(A).

17

18  SO ORDERED.

19

20  DATED:_____November 25, 2008_____          _____

21                                          HONORABLE WILLIAM ALSUP
                                           United States District Judge

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0726 WHA                                                                        2