JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6833
    Facsimile: (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUBEN BELTRAN HERNANDEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CR No. 08-0726 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    On January 6, 2009, the parties appeared before the Court for a further status conference. The Court set a further date of January 27, 2009 for a change of plea or to set a trial date. The Court agreed to exclude all time under the Speedy Trial Act between January 6, 2009 and January 27, 2009, for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 6, 2009

KATHERINE B. DOWLING
Assistant United States Attorney

DATED: January 6, 2009

FRANCISCO KARWASH
Attorney for Defendant

Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from January 6, 2009 through January 27, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: January 8, 2009

IT IS SO ORDERED
Judge William Alsup

HONORABLE WILLIAM ALSUP
United States District Judge