JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:   (415) 436-6833
    Facsimile:    (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0726 WHA |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| RUBEN BELTRAN HERNANDEZ, ) | |
|     Defendant. ) | |

    On November 25, 2008, the parties appeared before the Court for a further status conference. The Court set a further date of January 6, 2008 for a further status conference. The Court agreed to exclude all time under the Speedy Trial Act between November 25, 2008 and January 6, 2009, for effective preparation of counsel and continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel and continuity of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 6, 2009

_____
KATHERINE B. DOWLING
Assistant United States Attorney

DATED: January 6, 2009

_____
FRANCISCO KARWASH
Attorney for Defendant

Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel and continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from November 25, 2008 through January 6, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: January 8, 2009

IT IS SO ORDERED
Judge William Alsup

_____
HONORABLE WILLIAM ALSUP
United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0726 WHA

2