JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6833
    Facsimile: (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0726 WHA |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| RUBEN BELTRAN HERNANDEZ, ) | |
|     Defendant. ) | |

    On February 11, 2009, the parties appeared before the Court for a further status conference. The Court set a briefing schedule and trial dates. The Court agreed to exclude all time under the Speedy Trial Act between February 11, 2009 and March 5, 2009 for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Defendant filed a motion to dismiss the indictment on March 5, 2009. The Court denied this motion on April 3, 2009. Time is excluded between March 5, 2009 and April 3, 2009 pursuant to 18 U.S.C.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0726 WHA      1

1  § 3161(h)(1)(D) excluding time for delay caused by pretrial motions. Parties now request that
2  time be excluded between April 9, 2009 and May 18, 2009, the date scheduled for the pretrial
3  conference for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv)

5  SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

9  DATED: April 10, 2009           /s/
                                    KATHERINE B. DOWLING
10                                  Assistant United States Attorney

12 DATED: April 10, 2009           /s/
                                    FRANCISCO KARWASH
13                                  Attorney for Defendant

15    Failure to grant an exclusion of time for the requested continuance would deny counsel for
16 defendant reasonable time necessary for effective preparation of counsel. 18 U.S.C. §
17 3161(h)(7)(B)(iv). Therefore, the Court finds that exclusion of time from February 11, 2009 to
18 March 5, 2009 and April 9, 2009 through May 18, 2009, is warranted because the ends of justice
19 served by the exclusion of time outweigh the best interests of the public and the defendant in a
20 speedy trial. 18 U.S.C. § 3161(h)(7)(A).

23 SO ORDERED.

                            IT IS SO ORDERED
                            Judge William Alsup

25 DATED: April 14, 2009
                                    _____
26                                  HONORABLE WILLIAM ALSUP
                                    United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0726 WHA                                                                              2