United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBEN BELTRAN-HERNANDEZ,

    Defendant.

                              /

No. CR 08-0726 WHA

**ORDER RE MOTION TO UNSEAL TRANSCRIPT**

    Defendant Ruben Beltran-Hernandez pleaded guilty in an open plea to one count of distribution of child pornography in violation of 18 U.S.C. 2252(a)(2) and one count of possession of child pornography in violation of 18 U.S.C. 2252(a)(4)(B). After he pleaded guilty but before he was sentenced, his attorney made a motion to withdraw as counsel. After an *ex parte* hearing under seal with defendant on August 5, 2009, the motion to withdraw was granted.

    New counsel then moved to vacate defendant's plea. Defendant claimed that his plea was not knowing and voluntary because his previous attorney was biased against him and did not sufficiently prepare him for the change of plea hearing. After an evidentiary hearing, the motion to withdraw his guilty plea was denied. Defendant subsequently appealed the denial.

    The government now moves to unseal the sealed portion of the August 5 hearing transcript. The government argues that the transcript is necessary to respond to "defendant's

opening brief in which he raised the issue of his strained relationship with defense counsel and whether that warranted a withdrawal of his guilty plea" (Government Br. at 1).

Defendant shall file any opposition to the government's motion to unseal the transcript by **NOON ON APRIL 15, 2010.**

**IT IS SO ORDERED.**

Dated: April 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2