IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBEN BELTRAN-HERNANDEZ,

    Defendant.
                                 /

No. CR 08-0726 WHA

**ORDER GRANTING MOTION TO UNSEAL TRANSCRIPT**

        Defendant Ruben Beltran-Hernandez pleaded guilty in an open plea to one count of distribution of child pornography in violation of 18 U.S.C. 2252(a)(2) and one count of possession of child pornography in violation of 18 U.S.C. 2252(a)(4)(B). After he pleaded guilty but before he was sentenced, his attorney made a motion to withdraw as counsel. After an *ex parte* hearing under seal with defendant on August 5, 2009, the motion to withdraw was granted.

        New counsel then moved to vacate defendant's plea. Defendant claimed that his plea was not knowing and voluntary because his previous attorney was biased against him and did not sufficiently prepare him for the change of plea hearing. After an evidentiary hearing, the motion to withdraw his guilty plea was denied. Defendant subsequently appealed the denial.

        The government now moves to unseal the sealed portion of the August 5 hearing transcript. The government argues that the transcript is necessary to respond to "defendant's opening brief in which he raised the issue of his strained relationship with defense counsel and

whether that warranted a withdrawal of his guilty plea" (Government Br. at 1). Defendant was ordered to file any opposition to the government's motion no later than April 15, 2010. However, no opposition has been received.

Good cause appearing, the sealed portion of the transcript of the status conference held on August 5, 2009, shall be unsealed to allow the government to respond to the issue raised in defendant's appeal to the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: April 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE