UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0726 WHA |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| RUBEN BELTRAN HERNANDEZ, | |
| Defendant. | |

On April 12, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, E Tower Personal Computer, Serial Number GDF53-100-05445[1/] pursuant to Title 18, United States Code, Sections 2253(a)(1)-(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)-(3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: June 14, 2010.

_____
WILLIAM H. ALSUP
United States District Judge

IT IS SO ORDERED

---

[1/] Seagate hard drive, SN. 9QE38GNE, is embedded in the E Tower Personal Computer